**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
APR 19 2022
Clerk, U.S. Courts
District Of Montana
Billings Division

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-36-BLG-SPW |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count I) Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 (Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release) |
| **NATHEN JEROME ADAMS,** | |
| Defendant. | |
| | **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 23, 2021, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, NATHEN

JEROME ADAMS, knowingly possessed, with the intent to distribute, a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this information, the defendant, NATHEN JEROME ADAMS, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

COLIN M. RUBICH
Assistant United States Attorney

LEIF JOHNSON
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney